# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Collins, Daniel P. | 2. Court or Organization<br><br>Bankruptcy Court Arizona | 3. Date of Report<br><br>10/13/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Chief Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2015<br>to<br>12/31/2015 |

| 7. Chambers or Office Address<br><br>230 N. 1st Avenue, Suite 603<br>Phoenix, Arizona 85003 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | University of Arizona Law School Board of Visitors |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2015 | May, Potenza, Baran & Gillespie, P.C. - receivables payout | $45,601.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2015 | Mountain View Family Physicians, PLLC - K-1 income from medical practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | State Bar of Wisconsin | 05/07/15 to 05/10/15 | Eau Claire, WI | Speaker at 2015 Northwestern Wisconsin Bankruptcy Institute | Transportation and Hotel |
| 2. | American Bankruptcy Institute | 09/10/15 to 09/11/15 | Las Vegas, NV | Speaker at 23rd Annual Southwest Bankruptcy Conference | Transportation ,meals, hotel |
| 3. | National Conference of Bankruptcy Judges | 09/28/15 to 09/30/15 | Miami, FL | 2015 Annual Conference | Hotel |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Collins, Daniel P.** | 10/13/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | University of Southern California | College Tuition | K |
| 2. | Loyola Marymount College | College Tuition | K |
| 3. | Xavier College Preparatory | High School Tuition | J |
| 4. | Brophy College Preparatory | High School Tuition | K |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 10/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Mountain View Family Physicians, PLLC -- Medical Practice | | None | J | W | | | | | |
| 2. 401K #1 | | | | | | | | | |
| 3. -- Oppenheimer Funds-Cash Reserves | | None | K | T | | | | | |
| 4. -- Oppenheimer Funds - Value Fund | | None | L | T | | | | | |
| 5. -- Oppenheimer Funds-Rising Dividends Fund | | None | M | T | | | | | |
| 6. --Oppenheimer Funds-Discovery Fund | B | Int./Div. | L | T | | | | | |
| 7. --Oppenheimer Funds-Small and MidCap Value Fund | | None | M | T | | | | | |
| 8. --Oppenheimer Funds-International Diversified Fund | A | Int./Div. | L | T | | | | | |
| 9. --Oppenheimer Funds-Global Strategic Income Fund | | None | K | T | | | | | |
| 10. --Oppenheimer Funds-Real Estate Fund | | None | K | T | | | | | |
| 11. --Oppenheimer Funds-Capital Income Fund | E | Int./Div. | L | T | | | | | |
| 12. --Oppenheimer Funds-Equity Income Fund | | None | K | T | | | | | |
| 13. --Oppenheimer Funds - Global Fund | | None | K | T | Buy | 06/19/15 | K | | |
| 14. 401K #2 | | | | | | | | | |
| 15. --Schwab Investor Money Fund | | None | J | T | | | | | |
| 16. --Income and Growth ETF Fund 35 | | None | J | T | | | | | |
| 17. --Manning & Napier Pro-Blend Cnsrv Term 5 | D | Int./Div. | N | T | Buy | 02/19/15 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 10/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Vanguard Total Bond Market Index Inv | | None | J | T | Buy | 02/19/15 | J | | |
| 19. Allianz--Bonus Dex Annuity | A | Int./Div. | K | T | | | | | |
| 20. Allianz--Accumulator Bonus Maxx Annuity | B | Int./Div. | K | T | | | | | |
| 21. IRA #1 | | | | | | | | | |
| 22. -- Templeton Fund Select Shares | | None | | | Closed | 07/15/15 | J | | |
| 23. -- AllianceBernstein Discovery | | None | J | T | | | | | |
| 24. -- Eaton Vance Dividend Builder | A | Int./Div. | J | T | | | | | |
| 25. -- Fidelity Advisors New Insights C Fund | A | Int./Div. | J | T | | | | | |
| 26. -- Franklin Income FDS | | None | J | T | | | | | |
| 27. -- Ivy Asset Strategy Fund | | None | K | T | | | | | |
| 28. -- Templeton Global Bond Fund | | None | K | T | | | | | |
| 29. --Pershing Prime Reserves Money Market | | | | | | | | | |
| 30. IRA #2 | | | | | | | | | |
| 31. -- Fidelity Advisors New Insights C Fund | A | Int./Div. | K | T | | | | | |
| 32. -- Templeton Select Shares Money Market Fund | | None | J | T | | | | | |
| 33. IRA #3 (SEP IRA) | | | | | | | | | |
| 34. -- Franklin Income Class C Fund | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 10/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Jennison Natural Resources Fund | | None | K | T | | | | | |
| 36. IRA #4 | | | | | | | | | |
| 37. -- Vanguard - WellingtonAdmiral Fund | A | Int./Div. | L | T | | | | | |
| 38. -- Vanguard - Windsor II Admiral Fund | C | Int./Div. | M | T | | | | | |
| 39. IRA #5 | | | | | | | | | |
| 40. -- Vanguard-WellingtonAdmiral Fund | A | Int./Div. | L | T | | | | | |
| 41. -- Vanugard - Windsor II Admiral Fund | C | Int./Div. | L | T | | | | | |
| 42. Athene -- Retirement Annuity | A | Int./Div. | K | T | | | | | |
| 43. JP Morgan Chase Bank - savings and checking accounts | A | Interest | L | T | | | | | |
| 44. Janus Fund - | D | Int./Div. | M | T | | | | | |
| 45. Vanguard - 500 Index Fund - CMC | A | Int./Div. | J | T | | | | | |
| 46. Vanguard - 500 Index Fund - MJC | A | Int./Div. | K | T | | | | | |
| 47. Vanguard 529 Plan - AMC | | | | | | | | | |
| 48. -- Mid-Cap Index | | None | K | T | | | | | |
| 49. -- Small-Cap Index | | None | K | T | | | | | |
| 50. -- Total International Stock Index | | None | K | T | | | | | |
| 51. -- Value Index | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Collins, Daniel P. | 10/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard 529 Plan - CMC | | | | | | | | | |
| 53. -- Growth Index | | None | | | Closed | 10/09/15 | J | | |
| 54. -- Total Stock Market Index | | None | | | Closed | 10/09/15 | J | | |
| 55. -- Value Index | | None | | | Closed | 10/09/15 | J | | |
| 56. Vanguard 529 Plan - KVC | | | | | | | | | |
| 57. -- Growth Index | | None | | | Closed | 07/07/15 | J | | |
| 58. -- Total Stock Market Index | | None | | | Closed | 07/07/15 | K | | |
| 59. -- Value Index | | None | | | Closed | 07/07/15 | K | | |
| 60. Vanguard 529 Plan - MJC | | | | | | | | | |
| 61. -- Aggress Growth | | None | L | T | | | | | |
| 62. -- Small-Cap Index | | None | L | T | | | | | |
| 63. -- Total International Stock Index | | None | K | T | | | | | |
| 64. American Funds | | | | | | | | | |
| 65. -- Growth Fund of America 529C | A | Int./Div. | M | T | | | | | |
| 66. Merrill Lynch-MILM Equity Portfolio S Fund | | None | K | T | | | | | |
| 67. Franklin Templeton-Aged Based Growth Asset Allocation 13-16 | | None | K | T | | | | | |
| 68. Arizona Bank & Trust | A | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. May Potenza Baran & Gillespie, P.C. Health Savings Account | | None | J | T | | | | | |
| 70. Fidelity -- AZ Aggressive Growth | A | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, lines 2-13, 401K #1 - Oppenheimer Funds were previously reported in the aggregate amount at line 2 in amended 2014 report. Lines 3-13 now represent the value of each individual fund within Oppenheimer Funds. In addition, Global Fund, line 13, was purchased on 6/19/15 via exchange from Oppenheimer - Cash Reserves (line 3).

Part VII, lines 14-18, 401K #2 were previously reported in the aggregate amount at line 13 in the amended 2014 report. Lines 15-18 now represent the value of each individual fund within the 401K #2. In addition, Manning & Napier Pro-Blend Cnsrv Term 5 (line 17) and Vanguard Total Bond Market Index Inv (line 18) were purchased via exchange from Income and Growth ETF Fund 35 (line 16). The value of Vanguard Total Bond Market Index Inv. is less than $10.

Part VII, lines 21-29, IRA #1 were previously reported in the aggregate amount at line 18 in the amended 2014 report. Lines 22-29 now represent the value of each individual fund within the IRA #1. Temple Fund Select Shares (line 22) was closed and transferred to Pershing Prime Reserves Money Market (line 29) and the value is less than $200.

Part VII, lines 30-32, IRA #2 were previously reported in the aggregate amount at line 27 in the amended 2014 report. Lines 31-32 now represent the value of each individual fund within the IRA #2.

Part VII, lines 33-35, IRA #3 (SEP IRA) were previously reported in the aggregate amount at line 30 in the amended 2014 report. Lines 34-35 now represent the value of each individual fund within the IRA #3.

Part VII, lines 36-38, IRA #4 were previously reported in the aggregate amount at line 33 in the amended 2014 report. Lines 37-38 now represent the value of each individual fund within the IRA #4.

Part VII, lines 39-41, IRA #5 were previously reported in the aggregate amount at line 36 in the amended 2014 report. Lines 40-41 now represent the value of each individual fund within the IRA #5.

Part VII, Janus Fund previously reported in the amended 2014 report at line 42 was fully distributed and closed in 2014.

Part VII, lines 45-46, Vanguard 500 Index was previously reported in the aggregate amount at line 44 of the amended 2014 report. Lines 45-46 now represent each individual account within the Vanguard 500 index.

Part VII, lines 47-63, Vanguard 529 Plan account was previously reported in the aggregate amount at line 45 of the amended 2014 report. Lines 48-51, 53-55, 57-59, and 61-63 now represent each individual fund within the four Vanguard 529 Plan accounts.

Part VII, lines 64-65, American Funds were previously reported in the aggregate amount at line 50 of the amended 2014 report. Line 65 now represents the individual fund within the American Funds.

Part VII, line 66, Merrill Lynch-MILM Equity Portfolio S Fund had a reduction in value for 2015.

Part VII, line 67, Franklin Templeton-Aged Based Growth Asset Allocation 13-16 had a reduction in value for 2015.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Daniel P. Collins**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544